# U.S. District Court [LIVE]
# Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:18−cv−00992−LY

Uniloc 2017 LLC v. Apple Inc.  
Assigned to: Judge Lee Yeakel  
Related Case: 1:18−cv−00890−LY  
Cause: 35:271 Patent Infringement  

Date Filed: 11/17/2018  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Uniloc 2017 LLC**         represented by   **Edward Nelson , III**  
Nelson Bumgardner Albritton P.C.  
3131 West 7th Street  
Suite 300  
Fort Worth, TX 76107  
817−377−9111  
Fax: 817−377−3485  
Email: ed@nbafirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Kevin Gannon**  
Price Lobel Tye LLP  
One International Place  
Boston, TX 02110  
617−456−8000  
Email: kgannon@princelobel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Shawn A. Latchford**  
Nelson Bumgardner Albritton P.C.  
111 W. Tyler Street  
Longview, TX 75601  
903−757−8449  
Fax: 903−758−7397  
Email: shawn@nbafirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Aaron S. Jacobs**  
Prince Lobel Tye LLP  
One International Place  
Boston, MA 02110  
617−456−8000  
Email: ajacobs@princelobel.com  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

| | | |
|---|---|---|
| Apple Inc. | represented by | **Alan Littmann** |

Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: alittmann@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian K. Erickson**
DLA Piper LLP (US)
401 Congress
Suite 2500
Austin, TX 78701
(512) 457–7059
Fax: (512) 721–2263
Email: brian.erickson@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Doug Winnard**
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: dwinnard@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma C. Ross**
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: eross@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Guaragna**
DLA Piper LLP (US)
401 Congress
Suite 2500
Austin, TX 78701
(512) 457–7125
Fax: 512/457–7001
Email: john.guaragna@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Abendshien**
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St. Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: labendshien@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Pieja**
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
312–681–6000
Fax: 312–881–5191
Email: mpieja@goldmanismail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2018 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542–11468205). No Summons requested at this time, filed by Uniloc 2017 LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A (U.S. Patent No. 8,539,552))(Jacobs, Aaron) (Attachment 1 replaced on 11/19/2018 to flatten image) (afd). (Entered: 11/17/2018) |
| 11/17/2018 | Ï | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (afd) (Entered: 11/19/2018) |
| 11/17/2018 | Ï | DEMAND for Trial by Jury by Uniloc 2017 LLC. (afd) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 2 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office with copy of Complaint. (afd) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Uniloc 2017 LLC. (Jacobs, Aaron) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 4 | NOTICE of Attorney Appearance by Aaron S. Jacobs on behalf of Uniloc 2017 LLC (Jacobs, Aaron) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 5 | NOTICE of Attorney Appearance by Kevin Gannon on behalf of Uniloc 2017 LLC (Gannon, Kevin) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 6 | NOTICE of Attorney Appearance by Shawn A. Latchford on behalf of Uniloc 2017 LLC (Latchford, Shawn) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 7 | REQUEST FOR ISSUANCE OF SUMMONS by Uniloc 2017 LLC. (Latchford, Shawn) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 8 | Summons Issued as to Apple Inc. (td) (Entered: 11/19/2018) |

| | | |
|---|---|---|
| 12/14/2018 | 9 | NOTICE of Attorney Appearance by John Michael Guaragna on behalf of Apple Inc.. Attorney John Michael Guaragna added to party Apple Inc.(pty:dft) (Guaragna, John) (Entered: 12/14/2018) |
| 12/14/2018 | 10 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Lauren Abendshien* ( Filing fee $ 100 receipt number 0542–11559453) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/14/2018 | 11 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Alan Littmann* ( Filing fee $ 100 receipt number 0542–11559518) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/14/2018 | 12 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Michael Pieja* ( Filing fee $ 100 receipt number 0542–11559542) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/14/2018 | 13 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Emma C. Ross* ( Filing fee $ 100 receipt number 0542–11559579) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/14/2018 | 14 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Doug Winnard* ( Filing fee $ 100 receipt number 0542–11559606) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/18/2018 | 15 | ORDER GRANTING 10 Motion by Lauren Abendshien to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 12/18/2018) |
| 12/18/2018 | 16 | ORDER GRANTING 11 Motion by Alan Littmann to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 12/18/2018) |
| 12/18/2018 | 17 | ORDER GRANTING 14 Motion by Doug Winnard to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 12/18/2018) |
| 12/18/2018 | 18 | ORDER GRANTING 12 Motion by Michael Pieja to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 12/18/2018) |
| 12/18/2018 | 19 | ORDER GRANTING 13 Motion by Emma C. Ross to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 12/18/2018) |
| 12/18/2018 | 20 | Unopposed MOTION for Leave to Exceed Page Limitation *(Motion to Transfer Venue)* by Apple Inc.. (Guaragna, John) (Entered: 12/18/2018) |
| 12/19/2018 | 21 | RULE 7 DISCLOSURE STATEMENT filed by Apple Inc.. (Guaragna, John) (Entered: 12/19/2018) |
| 12/21/2018 | 22 | ORDER GRANTING 20 Motion for Leave to File Excess Pages. Signed by Judge Lee Yeakel. (dl) (Entered: 12/21/2018) |
| 12/21/2018 | 23 | |

| | | |
|---|---|---|
| | | MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* by Apple Inc.. (Attachments: # 1 Jaynes Decl., # 2 Guaragna Decl., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Proposed Order)(Guaragna, John) (Entered: 12/21/2018) |
| 12/27/2018 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* by Uniloc 2017 LLC. (Gannon, Kevin) (Entered: 12/27/2018) |
| 12/27/2018 | 25 | ORDER, (Initial Pretrial Conference set for 2/1/2019 02:00 PM before Judge Lee Yeakel). Signed by Judge Lee Yeakel. (td) (Entered: 12/27/2018) |
| 12/27/2018 | 26 | ANSWER to 1 Complaint, with Jury Demand by Apple Inc..(Pieja, Michael) (Entered: 12/27/2018) |
| 01/28/2019 | 27 | STIPULATION *(Joint Stipulation Setting Deadlines)* by Apple Inc.. (Attachments: # 1 Proposed Order)(Guaragna, John) (Entered: 01/28/2019) |
| 01/30/2019 | 28 | ORDER Granting Joint Stipulation Setting Deadlines. ORDER continuing Initial Pretrial Conference until further notice. Signed by Judge Lee Yeakel. (dm) (Entered: 01/30/2019) |
| 02/15/2019 | 29 | STIPULATION *(Joint Stipulation Regarding Page Limits)* by Apple Inc.. (Attachments: # 1 Proposed Order)(Guaragna, John) (Entered: 02/15/2019) |
| 03/01/2019 | 30 | REPLY to Response to Motion, filed by Apple Inc., re 23 MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* filed by Defendant Apple Inc. (Attachments: # 1 Guaragna Decl., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Guaragna, John) (Entered: 03/01/2019) |
| 04/08/2019 | 31 | ORDER GRANTING 23 Motion to Change Venue. Case is transferred to the Northern District of California. Signed by Judge Lee Yeakel. (afd) (Entered: 04/10/2019) |