Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice* to be filed)
Doug Winnard (CA Bar No. 275420)
Emma C. Ross (*pro hac vice* to be filed)
Lauren Abendshien (*pro hac vice* to be filed)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com

*Attorneys for Defendant Apple Inc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendants. | Case No. 4:19-cv-01949-JSW<br><br>**DEFENDANT APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)**<br><br>JUDGE: Hon. Jeffrey S. White |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.  Apple states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED:  April 23, 2019           Respectfully submitted,

                         */s/ Michael T. Pieja*
                         Michael T. Pieja (CA Bar No. 250351)
                         Alan E. Littmann (*pro hac vice* to be filed)

| | |
|---|---|
| 1 | Doug Winnard (CA Bar No. 275420) |
| 2 | Emma C. Ross (*pro hac vice* to be filed) |
|   | Lauren Abendshien (*pro hac vice* to be filed) |
| 3 | GOLDMAN ISMAIL TOMASELLI |
|   | BRENNAN & BAUM LLP |
| 4 | 564 W. Randolph St., Suite 400 |
|   | Chicago, IL 60661 |
| 5 | Tel: (312) 681-6000 |
|   | Fax: (312) 881-5191 |
| 6 | mpieja@goldmanismail.com |
|   | alittmann@goldmanismail.com |
| 7 | dwinnard@goldmanismail.com |
|   | eross@goldmanismail.com |
| 8 | labendshien@goldmanismail.com |

*Attorneys for Defendant Apple Inc.*

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)** has been served on April 23, 2019, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)